UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
: Hon. Susan D. Wigenton
v. : Crim. No. 13-787 (SDW)
: ~~Mag. No.~~ 13-787 (SDW)
RAJOHN WILSON :
a/k/a "1090" :

I, Rajohn Wilson, having discussed with my attorney the possible effect of the Interstate Agreement on Detainers on my case, do hereby state and agree:

1. I previously have been sentenced to serve a term of imprisonment by a state court in the State of New Jersey. I have not completed serving that sentence.

2. I now face federal charges in the United States District Court for the District of New Jersey, and for that reason I have been taken into federal custody and brought to Newark, New Jersey.

3. I have been advised that the Interstate Agreement on Detainers (18 U.S.C. appendix 2) may apply to my case and that, if it does, I have the right to remain in federal custody, and not be returned to state custody, until the trial on the federal charge is completed and the sentence has been imposed.

4.  Knowing this, I desire to and do hereby waive my right to remain in federal custody, and I request to be promptly returned to state custody, prior to the completion of my trial on the federal charge.

Dated: August 7, 2014

*Rajohn Wilson* (signature)
Rajohn Wilson
Defendant

*Howard Brownstein* (signature)
Howard Brownstein, Esq.
Counsel for Laquan Reed